# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION,<br>    *Plaintiff*,<br><br>    v.<br><br>ROBERT P. NEUBIG, NEUCO CORP.,<br>    *Defendants*. | No. 3:15-cv-01142 (JAM) |

## DEFAULT JUDGMENT

This matter came for consideration before the Honorable Jeffrey Alker Meyer, United States District Judge. On February 26, 2016, plaintiff filed a motion for default judgment (Doc. #28) against defendant Neuco Corporation, and on June 7, 2016, plaintiff filed a motion for default judgment (Doc #34) against defendant Robert P. Neubig. Both motions sought default judgment in the amount of $1,355,769.64. Judge Meyer entered an Order (Doc. #38) on January 27, 2017, granting the relief sought. Therefore, it is hereby:

ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of plaintiff National Railroad Passenger Corporation, against defendants Robert P. Neubig and Neuco Corporation.

This case is closed.

Dated at New Haven, Connecticut this 31st day of January 2017.

ROBIN D. TABORA, Clerk

By /s/ Yelena Gutierrez
Yelena Gutierrez
Deputy Clerk

EOD:  Janaury 31, 2017